No. 03–59.  BAXTER INTERNATIONAL, INC. *v.* ABBOTT LABORATORIES.  C. A. 7th Cir.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition. ■

No. 03–73.  CARLSON ET AL., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED *v.* ALASKA COMMERCIAL FISHERIES ENTRY COMMISSION.  Sup. Ct. Alaska.  Motion of Tangier Sound Waterman's Association for leave to file a brief as *amicus curiae* granted.  Certiorari denied. ■

No. 03–249.  DUNCAN, WARDEN *v.* BRADLEY.  C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied. ■

No. 03–5841.  HOLLIS-ARRINGTON *v.* CENDANT MORTGAGE CORP. ET AL.  C. A. 9th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition. ■

No. 02–10412.  TURNER *v.* KAPTURE, WARDEN, ET AL., 539 U. S. 933.  Petition for rehearing denied.

No. 02–9073.  LATTIMORE *v.* MALONEY, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION, 538 U. S. 966.  Motion of petitioner for leave to file petition for rehearing denied.

OCTOBER 20, 2003

No. 02–1019.  ARIZONA *v.* GANT.  Ct. App. Ariz.  [Certiorari granted, 538 U. S. 976.]  Judgment vacated, and case remanded for reconsideration in light of *State* v. *Dean,* 206 Ariz. 158, 76 P. 3d 429 (2003).

No. 03–6002.  ROWELL *v.* NEVADA.  C. A. 9th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.